# NITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>        Plaintiff,<br><br>    v.<br><br>A. AUSTRIA, et al.,<br><br>        Defendant. | Case No.  1:15-cv-01147-BAM-PC<br><br>ORDER RE MOTION FOR CLARIFICATION<br><br>ECF NO. 12 |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.

On August 17, 2015, Plaintiff filed a motion titled as a motion for clarification.  Plaintiff notified the Court that he has submitted the documentation required to support his motion to proceed in forma pauperis (ifp) .  Plaintiff is advised that his motion to proceed ifp was granted on July 27, 2015.  Plaintiff submitted a second motion to proceed ifp and was notified that the second motion was terminated.

Plaintiff is proceeding in forma pauperis and does not need to do anything more regarding his status.  Any further motions regarding Plaintiff's ifp status will be denied as moot.

Accordingly, Plaintiff's motion filed on August 17, 2015, is moot.

IT IS SO ORDERED.

   Dated:   **August 25, 2015**                    /s/ *Barbara A. McAuliffe*          
                                          UNITED STATES MAGISTRATE JUDGE

1