# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>          Plaintiff,<br><br>    v.<br><br>A. AUSTRIA,<br><br>          Defendant. | Case No.: 1:15-cv-01147-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL, AS MOOT<br><br>[ECF No. 59] |

Plaintiff Scott K. Ricks is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's motion for the appointment of counsel, filed on March 27, 2018. (ECF No. 59.)

On March 22, 2018, this Court granted summary judgment to Defendant A. Austria in this case, and directed the Clerk of the Court to enter judgment in the Defendants favor and close this action. (ECF No. 57.) Judgment was entered that same day. (ECF No. 58.)

Accordingly, Plaintiff's motion for the appointment of counsel (ECF No. 59) is HEREBY DENIED, as moot, because this action is currently closed.


IT IS SO ORDERED.

Dated: __**April 4, 2018**__          ___/s/ Barbara A. McAuliffe___
                                         UNITED STATES MAGISTRATE JUDGE